# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Rigoberto Espino-Vega,<br>a.k.a.: Rigoberto Espino Vega,<br>(A095 286 009)<br>*Defendant* | Case No. 17-8394MJ |

DO# 9-7-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 15, 2017, in the County of Yavapai, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Rigoberto Espino-Vega, an alien, was found in the United States of America at or near Prescott, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 27, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 8, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 15, 2017, Rigoberto Espino-Vega was booked into the Yavapai County Jail (YCJ) by the Prescott Police Department on local charges. On that date, while at the YCJ, Espino-Vega was encountered by Corrections Officer (CO) J. Ray who was designated with the authority to determine alienage under the Immigration and Naturalization Act, Section 287(g). CO J. Ray determined Espino-Vega to be a citizen of Mexico, illegally present in the United States. On the same date an immigration detainer was lodged with the YCJ. On September 6, 2017, Espino-Vega was released from the YCJ and transported to the Phoenix ICE office for further investigation and processing. Espino-Vega was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Rigoberto Espino-Vega to be a citizen of Mexico and a previously deported criminal alien. Espino-Vega was removed from the United States to Mexico at or near Nogales, Arizona, on or about January 27, 2003, pursuant to an order of removal issued by an immigration judge. There is no record of Espino-

Vega in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Espino-Vega's immigration history was matched to him by electronic fingerprint comparison.

4. On September 7, 2017, Rigoberto Espino-Vega was advised of his constitutional rights. Espino-Vega freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 15, 2017, Rigoberto Espino-Vega, an alien, was found in the United States of America at or near Prescott, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 27, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 8th day of September, 2017.

_____
John Z. Boyle,
United States Magistrate Judge